**BRENT C. WOODWARD, ATTORNEY AT LAW**
**BRENT C. WOODWARD 233549**
8050 N Palm Avenue Suite 300
Fresno California  93711
Tel: (559) 432-3940
Fax: (559) 389-5900
Email: brent.woodward@sbcglobal.net

Attorney for Petitioners

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Gladdis GADDO, Isho GADDO, and Sargon GADDO,<br><br>Petitioners,<br><br>vs.<br><br>Hilary CLINTON, Secretary of State, et al.,<br><br>Respondents. | No.: 09-F-cv-1740 LJO SMS<br><br>**JOINT STIPULATION TO DISMISS** |

This is an immigration case involving the cancellation of visa petition registrations by the Department of State and the subsequent denial of adjustment of status applications by the United States Citizenship and Immigration Services (USCIS).  Since the filing of the lawsuit, the State Department has reinstated the registration under the necessary visa petition and USCIS has administratively reopened the adjustment of status applications.  It is expected that a resolution of the matter will promptly be reached at the administrative level.  Accordingly, the parties hereby stipulate to dismissal of this action, with each party to bear its own costs.

///

///

///

///

Respectfully submitted:

DATED: April 28, 2010

   /s/ Brent C. Woodward
Brent C. Woodward
Attorney for Petitioners

BENJAMIN B. WAGNER
United States Attorney

By:

DATED:  April 28, 2010

   /s/ Audrey B. Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for Respondents

## ORDER

Pursuant to the Joint Stipulation set forth above, IT IS HEREBY ORDERED that the case is dismissed, with each party to bear its own costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:  April 28, 2010**         /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Joint Stipulation for Dismissal