1  **BRENT C. WOODWARD, ATTORNEY AT LAW**
   **BRENT C. WOODWARD 233549**
2  8050 N Palm Avenue Suite 300
   Fresno California  93711
3  Tel: (559) 432-3940
   Fax: (559) 389-5900
4  Email: brent.woodward@sbcglobal.net

5  Attorney for Petitioners

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

| | |
|---|---|
| 12  Gladdis GADDO, Isho GADDO, and Sargon GADDO, | No.: 1:09-cv-1740 LJO SMS |
| 13 | **JOINT STIPULATION TO DISMISS** |
| 14           Petitioners, | |
| 15     vs. | |
| 16  Hilary CLINTON, Secretary of State, et al., | |
| 17           Respondents. | |

18       This is an immigration case involving the cancellation of visa petition registrations by the

19  Department of State and the subsequent denial of adjustment of status applications by the United

20  States Citizenship and Immigration Services (USCIS).  Since the filing of the lawsuit, the State

21  Department has reinstated the registration under the necessary visa petition and USCIS has

22  administratively reopened the adjustment of status applications.  It is expected that a resolution of the

23  matter will promptly be reached at the administrative level.  Accordingly, the parties hereby stipulate

24  to dismissal of this action, with each party to bear its own costs.

25  ///

26  ///

27  ///

28  ///

                                           -1-
   Joint Stipulation for Dismissal

Respectfully submitted:

DATED: April 28, 2010          __/s/ Brent C. Woodward_____
                               Brent C. Woodward
                               Attorney for Petitioners


                               BENJAMIN B. WAGNER
                               United States Attorney

                               By:

DATED:  April 28, 2010         ___/s/ Audrey B. Hemesath_____
                               Audrey B. Hemesath
                               Assistant U.S. Attorney
                               Attorneys for Respondents

<u>ORDER</u>

Pursuant to the Joint Stipulation set forth above, IT IS HEREBY ORDERED that the case is dismissed, with each party to bear its own costs.

IT IS SO ORDERED.


DATED: _4/28/2010_____   _/s/ LAWRENCE J. O'NEILL_____
                              UNITED STATES DISTRICT JUDGE

-2-

Joint Stipulation for Dismissal